ZACHARY J. ALINDER (SBN 209009)
E-Mail: *zalinder@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, 22nd Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiff
LEVI STRAUSS & CO.

DAVID B. NEWMAN (*admitted pro hac vice*)
E-Mail: *dnewman@sillscummis.com*
SILLS CUMMIS & GROSS P.C.
101 Park Avenue, 28th Floor
New York, New York 10178
Telephone: (212) 500-1532
Facsimile: (212) 643-6500

MATTHEW L. SEROR (SBN 235043)
E-Mail: *mseror@buchalter.com*
BUCHALTER
18400 Von Karman Ave., Suite 800
Irvine, California 92612
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Defendants
PREMIER BRANDS GROUP, INC.
and ALAN CHARTASH

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

LEVI STRAUSS & Co., a Delaware corporation,

Plaintiff,

v.

PREMIER BRANDS GROUP, INC., a Delaware corporation; ALAN CHARTASH, an individual; and, DOES 1-20, inclusive,

Defendant.

Case No. 25-cv-03863-EMC

**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS PREMIER BRANDS GROUP, INC. AND ALAN CHARTASH ONLY PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(ii)**

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

Plaintiff Levi Strauss & Co. and Defendants Premier Brands Group, Inc. and Alan Chartash (collectively, the "Parties") jointly submit this stipulation regarding the voluntary dismissal with prejudice of Defendants Premier Brands Group, Inc. and Alan Chartash only.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, through their counsel of record, that Defendants Premier Brands Group, Inc. and Alan Chartash only are **HEREBY** dismissed from this Civil Action with prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii). This Civil Action will continue to proceed against the remaining defendants, who have not yet appeared.

**IT IS SO STIPULATED.**

DATED: August 17, 2026

Respectfully submitted,

SIDEMAN & BANCROFT LLP

By: ______________________________
Zachary J. Alinder
Attorneys for Plaintiff
Levi Strauss & Co.

DATED: August 17, 2026

SILLS CUMMIS & GROSS P.C.

By: */s/ David B. Newman*
David B. Newman (*admitted pro hac vice*)
Attorneys for Defendants
Premier Brands Group, Inc. and Alan Chartash

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

**ATTESTATION**

Under Civil Local Rule 5-1(i)(3), I hereby attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the other signatory above.

DATED: August 17, 2026

SIDEMAN & BANCROFT LLP

By: ______________________
Zachary J. Alinder
Attorneys for Plaintiff
Levi Strauss & Co.